**Order issued December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

No. 05-15-00591-CR
No. 05-15-00604-CR

_____

**KEVIN RAY WINGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Bridges, Lang-Miers, and Schenck

Based on the Court's opinion of this date, we **GRANT** the August 10, 2015 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Kevin Ray Wingo, TDCJ No. 01996796, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

/David J. Schenck/
DAVID SCHENCK
JUSTICE